PETTY OFFENSE MINUTE SHEET
HARRISONBURG DIVISION

**Case:** 5:24-po-80   **Date:** 12/10/2024
**Defendant:** William C. Savage   Time in court: 10:43-10:48 = 5 min
**Judge:** Joel C. Hoppe, USMJ
**Deputy Clerk:** Melissa Ballweg, FTR
**AUSA:** Jordan McKay
**Defense Counsel: Scott Hansen**
**Ranger: Brown**
**USPO:** Seth Flory

☒ Initial Appearance. Defendant advised of charges, rights, and nature of proceedings.
☐ Defendant waives counsel; advises court wishes to proceed today without counsel.
☐ Defendant requests appointment of counsel.   ☐ Court grants request for appointment
☐ Defendant moves for continuance. Court trial continued to _____.
☒ Plea agreement reached. Dft sworn, questioned, and advised of rights on plea of guilty.
☐ Government proffers/presents evidence to support plea and rests.
☒ Government relies on probable cause statement.
☐ Court trial held.
☐ Government presents evidence regarding sentencing and rests.
☐ Defendant presents evidence regarding sentencing and rests.

| OFFENSE/COUNT CHARGED | PLEA | FINDINGS/SENTENCE |
|---|---|---|
| 36 CFR 4.2(b) VA 46.2-862 | G | Amended 36 CFR 4.21(c) 44/35  <br><br>SA: $10.00    Fine: $130.00    Due today |
|  |  | <br><br>SA: $    Fine: $    days to pay/due today |

☐ Government moves for detention.
☐ Government does not oppose bond.
☐ Detention/Bond Hearing held.
☐ Defendant released on bond. Bond set at $_____.
☒ Appeal rights stated by the court
☐ 18 USC § 3607

Additional information: